DANIEL G. BOGDEN
United States Attorney
District of Nevada
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388.5087
richard.lopez2@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INFORMATION |
| Plaintiff, | Case No: |
| vs. | VIOLATION: |
| SETH WITTNER, | Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

*Possession of Child Pornography*

Beginning on a date unknown, and continuing to on or about June 15, 2015, in the State and Federal District of Nevada,

**SETH WITTNER,**

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk, and any other material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed, and shipped and transported

using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

### FORFEITURE ALLEGATION ONE
*Possession of Child Pornography*

1. The allegations contained in Count One of this Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1).

2. Upon conviction of the felony offense charged in Count One of this Criminal Information,

**SETH WITTNER,**

defendant herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252A(a)(5)(B):

    1. Apple All In One, S/N WQ0272ZCDAS; and

    2. WD External Hard Disk Drive, S/N WX41AA3F9787

All pursuant to Title 18, United States Code, Sections 2252A(a)(5)(B) and 2253(a)(1).

### FORFEITURE ALLEGATION TWO
Possession of Child Pornography

1. The allegations contained in Count One of this Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to

Title 18, United States Code, Section 2253(a)(3).

2. Upon conviction of the felony offense charged in Count One of this Criminal Information,

**SETH WITTNER,**

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of violations of Title 18, United States Code, Section 2252A(a)(5)(B) or any property traceable to such property:

    1. Apple All In One, S/N WQ0272ZCDAS; and

    2. WD External Hard Disk Drive, S/N WX41AA3F9787

All pursuant to Title 18, United States Code, Sections 2252A(a)(5)(B) and 2253(a)(3).

DATED: this 9th day of January, 2017.

DANIEL G. BOGDEN
United States Attorney

_____
RICHARD ANTHONY LOPEZ
Assistant United States Attorney