UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA,   )
                            )
Plaintiff,                  )
                            )
vs.                         )  Case # 2:17-cr-0005-KJD-NJK
                            )
Seth Wittner                )  DESIGNATION OF RETAINED COUNSEL
                            )  AND APPEARANCE PRAECIPE
Defendant.                  )

The undersigned defendant hereby appoints **Michael D. Pariente**

to appear generally for him/her as his/her attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED: 2-23-17

_____
Defendant's signature

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then <u>ONLY</u> when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: 2-23-17

_____
Attorney's signature

3960 Michael Pariente, Esq.
Attorney's address

3960 Howard Hughes Pky #615
Las Vegas NV 89169

702-966-5310
Attorney's phone number

Revised 6/15/09