LAW OFFICE OF JAY A. NELSON
Jay A. Nelson
Admitted Pursuant to LR IA 11-2
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: (503) 857-0873
Facsimile: (503) 419-4371
Email: jay@jayanelson.com

RESCH LAW, PLLC d/b/a Conviction Solutions
Jamie J. Resch
Nevada Bar Number 7154
2620 Regatta Dr., Suite 102
Las Vegas, Nevada, 89128
Telephone: (702) 483-7360
Facsimile: (800) 481-7113
Email: jresch@convictionsolutions.com

Attorneys for Defendant Seth Wittner

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SETH WITTNER,<br><br>　　　　　Defendant. | Case No. 17-Cr.-05-KJD-NJK<br>Related Case No. 18-Cv.-1085-KJD<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED SECTION 2255 BRIEFING; DECLARATION OF COUNSEL IN SUPPORT |

# **MOTION**

Defendant Seth Wittner, by and through his counsel, respectfully moves to establish a new deadline of January 31, 2020 to file amended briefing and supporting materials under 28 U.S.C. § 2255.

The good cause for this motion is set forth in the attached declaration of counsel. As set forth therein, the United States does not oppose this motion.

Respectfully submitted,

DATED: December 9, 2019    LAW OFFICE OF JAY A. NELSON

*/s/ Jay A. Nelson*
JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128

Attorney for Defendant Seth Wittner

IT IS SO ORDERED.

_____
THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

DATED:  12/13/2019

1

# DECLARATION OF JAY A. NELSON

I, Jay A. Nelson, declare under penalty of perjury as follows:

1. I serve as counsel to Defendant Seth Wittner in the above-captioned matter. I am admitted to practice in this case under LR IA 11-2. Except where otherwise expressly noted, I state the following on personal knowledge and if called as a witness could testify competently thereto.

2. On September 17, 2019, Mr. Wittner moved to (i) enter my substitution as his attorney of record, and (ii) set a deadline of December 13, 2019 to file amended briefing under 28 U.S.C. § 2255. ECF Nos. 38-39. On November 27, 2019, the Court granted those requests. ECF Nos. 40-41. For the reasons set forth below, I now respectfully ask the Court to establish a new deadline of January 31, 2020 for Mr. Wittner to file his amended section 2255 materials.

3. As part of Mr. Wittner's September 17, 2019 scheduling motion, I estimated that I would be able to prepare and file Mr. Wittner's amended briefing by December 13, 2019. ECF No. 39. In large part, that remains true: as of this writing, I have substantially completed draft filings on Mr. Wittner's behalf, and have provided them to Mr. Wittner for his review and assessment. The following circumstances, however, present good cause supporting this extension request.

4. First, despite the exercise of diligence, I have been unable to schedule an unmonitored attorney-client telephone call through the Bureau of Prisons to discuss Mr. Wittner's draft filings with him. Notwithstanding numerous attempts since at least November 18, 2019, I have not received so much as a call back from Mr. Wittner's unit team. In order to permit Mr. Wittner's meaningful participation in these proceedings, I

1

respectfully request additional time to conduct at least one privileged attorney-client teleconference with him.

5. Second, prior to submitting Mr. Wittner's amended filings for the Court's consideration, I have asked government counsel, Assistant United States Attorney Tony Lopez, for an opportunity to review, *inter alia*, the government's discovery production in this case, including both non-contraband and contraband items. In response, Mr. Lopez expressed a preference to wait until the Court finalized my substitution as counsel of record. Because the Court did not approve my substitution until November 27, however, I have had inadequate time to coordinate my review with Mr. Lopez—including an ongoing discussion about whether I will conduct my review in Oregon—and then to make any appropriate adjustments to Mr. Wittner's amended filings.

6. I have addressed this extension request with Mr. Lopez. Mr. Lopez responded that he does not oppose this motion.

7. In light of the foregoing, I ask the Court to recognize the diligence and substantial need supporting this request, and to enter an Order establishing a new deadline of January 31, 2020 for Mr. Wittner to file his amended section 2255 briefing and supporting materials.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct.

DATED: December 9, 2019

*/s/ Jay A. Nelson*
JAY A. NELSON