**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Seth Wittner

Case No.: 2:17CR00005

**REQUEST FOR TRANSFER**
**OF JURISDICTION**

April 8, 2024

TO:   The Honorable Judge Kent J. Dawson
      Senior United States District Judge

The purpose of this correspondence is to request Transfer of Jurisdiction be initiated to the District of Massachusetts.

By way of case history, Wittner was sentenced to 78 months custody followed by twenty (20) years supervised release for committing the offense of Possession of Child Pornography. On April 4, 2023, Wittner commenced his term of supervision in the District of Massachusetts.

The supervising officer noted Wittner intends to remain in the District of Massachusetts for the duration of his supervision term. For judicial economy, it is respectfully requested that jurisdiction be transferred to the District of Massachusetts. Attached is a copy of the Transfer of Jurisdiction order for the Court's consideration.

Should the Court have any questions or concerns, please contact the undersigned officer at (702) 527-7258.

Respectfully submitted,

Digitally signed by
Matthew Martinez
Date: 2024.04.08
14:51:51 -07'00'

Matthew Martinez
Senior United States Probation Officer

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2024.04.08
14:36:50 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer