PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
2:17CR00005

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Seth Wittner | Nevada | U.S. Probation Office |

NAME OF SENTENCING JUDGE: Kent J. Dawson

DATES OF PROBATION/SUPERVISED RELEASE
FROM: 4/4/2023
TO: 4/3/2043

OFFENSE
Possession of Child Pornography – 18 U.S.C. § 2252A(a)(5)(B

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Resides and is being supervised in the District of Massachusetts.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

04/09/2024
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge

1